## 67979. JEFFERY v. THE STATE.

QUILLIAN, Presiding Judge.

Indicted for murder, defendant appeals his conviction for voluntary manslaughter. *Held*:

1. As defendant raised no objection at trial to the assistant district attorney's alleged improper argument, there is nothing for this court to review. *Brooks v. State*, 144 Ga. App. 97 (5) (240 SE2d 593).

2. The general grounds are asserted.

The evidence authorized the jury to find that defendant got into a dispute with the male victim concerning a female, which led to physical contact between defendant and the victim, and culminated in the death of the victim from a gunshot wound inflicted by defendant. The evidence was sufficient to authorize any rational jury to find defendant guilty beyond a reasonable doubt. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Birdsong and Carley, JJ., concur.*

DECIDED MAY 25, 1984.

*Kenneth R. Croy*, for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Richard E. Hicks, Assistant District Attorneys*, for appellee.